UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| 2451 WASHINGTON STREET CONDOMINIUM TRUST BY ITS TRUSTEES, BRIAN J. PERRY, PERCY HUGHES AND BRIAN D. BACK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. : _____ |
| THE TRAVELERS COMPANIES, INC. d/b/a ST. PAUL MERCURY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant The Travelers Companies, Inc. d/b/a St. Paul Mercury Insurance Company,[1] by and through undersigned counsel, files this Notice of Removal to effectuate the removal of *2451 Washington Street Condominium Trust by its Trustees, Brian J. Perry, Percy Hughes and Brian D. Back v. The Travelers Companies, Inc. d/b/a St. Paul Mercury Insurance Company*, Civil Action No. 2684CV01159, on the docket of the Massachusetts Superior Court for Suffolk County (the "State Court Action"), to the United States District Court for the District of Massachusetts. As grounds for this Notice of Removal, Defendant asserts that it has complied with all removal procedures, there is a complete diversity of citizenship, and the amount in controversy exceeds the jurisdictional threshold of $75,000. In further support, Defendant respectfully states as follows:

---

[1] As noted herein, *infra* ¶ 12, no such entity as "The Travelers Companies, Inc. d/b/a St. Paul Mercury Insurance Company" exists. St. Paul Mercury Insurance Company issued the insurance policy at issue in this action. The Travelers Companies, Inc. is improperly named, and it does not by this Notice of Removal waive any of its rights and defenses, including jurisdictional rights and defenses. All such rights and defenses are reserved.

1.    Plaintiff 2451 Washington Street Condominium Trust by its Trustees, Brian J. Perry, Percy Hughes and Brian D. Back commenced the State Court Action by filing a civil Complaint on April 21, 2026.

2.    Defendant received the Summons and Complaint on or around May 26, 2026.

3.    In the State Court Action, Plaintiff filed an affidavit of service stating that the Summons and Complaint were mailed to Defendant on May 21, 2026.

4.    Plaintiff's Complaint asserts claims against Defendant relating to alleged property insurance coverage for the condominium building located at 2451 Washington Street, Roxbury, Massachusetts, which Plaintiff alleges it operates as a Massachusetts Condominium Trust under Massachusetts General Laws Chapter 183A.

5.    The Complaint alleges that Defendant issued to Plaintiff an insurance policy bearing policy number BIP-1W642858, with policy periods of February 16, 2023 to February 16, 2024, and February 16, 2024 to February 16, 2025, respectively.

6.    The Complaint alleges that Plaintiff suffered covered property damage at the premises during the policy periods.

7.    The Complaint alleges that Defendant denied the claim on May 8, 2024.

8.    Based on these allegations, Plaintiff asserts claims for misrepresentation, breach of contract, negligence, violations of Massachusetts General Laws Chapter 93A and Chapter 176D, and breach of the covenant of good faith and fair dealing, and also seeks declaratory relief.

9.    Plaintiff seeks monetary damages, prejudgment and post-judgment interest, costs, attorney's fees, and other relief. In the civil action cover sheet filed in the State Court Action, Plaintiff claims damages in the amount of $3,300,000.00.

10.    The parties to this action are completely diverse and this lawsuit satisfies the diversity requirements of 28 U.S.C. § 1332(a)(1).

11.    Plaintiff alleges that it is a Massachusetts condominium trust pursuant to M.G.L. Chapter 183A. After a diligent search of publicly available records, Defendant avers, upon information and belief, that all of the members of the condominium trust are residents of Massachusetts and that none are citizens of Connecticut, New York, or Minnesota.

12.    The Complaint alleges incorrectly that "The Travelers Companies, Inc. d/b/a St. Paul Mercury Insurance Company" is "a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts with a place of business in Hartford, Connecticut." No such entity as "The Travelers Companies, Inc. d/b/a St. Paul Mercury Insurance Company" exists. St. Paul Mercury Insurance Company ("St. Paul") issued Policy No. BIP-1W642858, the insurance policy at issue in this action. The named defendant, The Travelers Companies, Inc. ("Travelers") is not a proper party to this lawsuit.

13.    St. Paul is a corporation duly organized and existing under the laws of the State of Connecticut with a principal place of business in Connecticut.

14.    Without waiving any rights or defenses, including jurisdictional challenges to the improper naming of The Travelers Companies, Inc. as a party to this action, Defendant states that Travelers is duly organized and existing under the laws of the State of Minnesota with a principal place of business in New York.

15.    Plaintiff seeks more than $75,000 from Defendant in this action. In the Civil Action Cover Sheet filed in the State Court Action, Plaintiff claims damages in the amount of $3,300,000.00. Thus, this action satisfies the amount in controversy requirement of 28 U.S.C. § 1332(a).

16. Given the complete diversity of citizenship and that the amount in controversy exceeds the $75,000 statutory requirement, this Court has jurisdiction over this matter under 28 U.S.C. §§ 1332(a) and 1441(b).

17. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

18. Pursuant to 28 U.S.C. § 1446(d), Defendant shall, after filing this Notice of Removal, promptly provide written notice to all adverse parties and file a copy of the notice with the clerk in the State Court Action.

19. There are no pending motions in the State Court Action.

20. Defendant has attached hereto as **Exhibit 1** true and correct copies of all the pleadings in its possession from the State Court Action.

WHEREFORE, Defendant hereby provides notice that the above-captioned action is removed from Massachusetts Superior Court for Suffolk County to the United States District Court for the District of Massachusetts.

Respectfully submitted,

THE TRAVELERS COMPANIES, INC. d/b/a ST.
PAUL MERCURY INSURANCE COMPANY,

By its attorneys

*/s/ Jonathan E. Small*
Jonathan E. Small (BBO# 672480)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299
E-mail: jsmall@rc.com

Allison M. Carbonaro (BBO# 707003)
Robinson & Cole LLP
53 State Street, 32nd Floor
Boston, Massachusetts 02109
Tel: (617) 557-5927
E-mail: acarbonaro@rc.com

Dated: June 18, 2026